# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Wynn Resorts Holdings, LLC,

Plaintiff,

V.

Encore Sports Lounge, Inc.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01710-JAD-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of the Plaintiff, Wynn Resorts Holdings, LLC, and against the Defendant, Encore Sports Lounge, Inc.

IT IS FURTHER ORDERED that defendant Encore Sports Lounge, Inc. is PERMANENTLY ENJOINED from using Wynn Resorts Holdings, LLC's "Encore" marks in commerce or in connection with any internet website, domain name, or in hidden text and metatags.

March 8, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ TR

(By) Deputy Clerk